**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BALJINDER KAUR, et al.,

                Plaintiffs,

      - against -

ROYAL ARCADIA PALACE, INC., et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

CV 05-4725 (NGG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

On February 27, 2007, the plaintiffs attempted to serve a subpoena upon the law firm of Sullivan Gardner PC ("Sullivan"), a non-party, seeking documentation regarding the identity of one of Sullivan's clients. The next day, Sullivan moved to quash the subpoena on the grounds that it was improperly served, that it provided insufficient time to respond, and that it sought information protected by the attorney/client privilege. DE 31. The plaintiffs subsequently filed a response opposing Sullivan's motion to quash. DE 34.

I direct all parties to appear before me for a status conference scheduled for April 6, 2007, at 10:30 a.m. to discuss the pending motion to quash. I further direct counsel for Sullivan to bring copies of any and all documents responsive to the subpoena at issue to the conference. Unless Sullivan agrees to waive service of the subpoena – thereby mooting the issue of improper service (but not the substantive objections) – I direct a representative of Sullivan authorized to accept service of a subpoena on behalf of the firm to appear at the scheduled status conference as well.

      **SO ORDERED.**
Dated: Brooklyn, New York
       March 30, 2007                              /s/ James Orenstein
                                                                           JAMES ORENSTEIN
                                                                            U.S. Magistrate Judge