**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BALJINDER KAUR, et al.,

                  Plaintiffs,

         - against -

ROYAL ARCADIA PALACE, INC., et al.,

                  Defendants.
-----------------------------------------------------------X

**ORDER**

CV 05-4725 (NGG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

       In light of the events described in the plaintiffs' memorandum of law in opposition to the defendants' motion to dismiss the claims of plaintiffs Vimla Patel ("Patel") and Vinita Arora ("Arora"), DE 60, I direct the parties to complete Patel's deposition no later than June 22, 2007. If the parties cannot agree on a time and place for the deposition, they shall so advise me no later than June 13, 2007, in which case I will specify the specific date at which Patel's deposition will occur at the Brooklyn courthouse. I will hold in abeyance the motion for a recommendation that the court dismiss Patel's claims for failure to prosecute pending the completion of the deposition ordered above.

       **SO ORDERED.**

Dated: Brooklyn, New York
         June 8, 2007

                                                     /s/ James Orenstein
                                                     JAMES ORENSTEIN
                                                    U.S. Magistrate Judge